# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

SEP 19 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**CR 19 0455**



CARLOS FLORES and MEHARI TESFAI,

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine Base;
21 U.S.C. § 841(a)(1) and (b)(1)(C) –
Possession with Intent to Distribute Cocaine Base;
21 U.S.C. § 841(a)(1) and (b)(1)(C) –
Possession with Intent to Distribute Heroin;
21 U.S.C. § 841(a)(1) and (b)(1)(C) –
Possession with Intent to Distribute Cocaine; and
21 U.S.C. § 853 – Forfeiture Allegation

---

A true bill.

_____
Foreman

Filed in open court this ___19___ day of Sept 2019

KAREN L. HOM
_____ Clerk

Bail, $ __No Bail__

Warrant

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

COUNT 1:
21 U.S.C. §§ 841(a)(1) & (b)(1)(C)

☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  COUNT 1:
20 years' imprisonment; 1,000,000 fine; minimum 3 years' supervised release and maximum of life; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

*[UNDER SEAL stamp]*
*[FILED stamp: SEP 19 2019, SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTH DISTRICT OF CALIFORNIA]*
*[CRB stamp]*

**DEFENDANT - U.S**
▶ Carlos Flores

DISTRICT COURT NUMBER
**CR 19 0455**

**DEFENDANT**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA Michael A. Rodriguez

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: No Bail
If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address: _____

Date/Time: _____   Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

COUNTS 2-4:
21 U.S.C. §§ 841(a)(1) & (b)(1)(C)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

UNDER SEAL

PENALTY: COUNTS 2-4:
20 years' imprisonment; 1,000,000 fine; minimum 3 years' supervised release and maximum of life; $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
SEP 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ Mehari Tesfai

DISTRICT COURT NUMBER
CR 19 0455  CRB

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA Michael A. Rodriguez

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

DAVID L. ANDERSON (CABN 149604)
United States Attorney

FILED

SEP 19 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CARLOS FLORES and MEHARI TESFAI, <br> Defendants. | CR 19 0455 <br><br> VIOLATIONS: <br> 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine Base; <br> 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine Base; <br> 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin; <br> 21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine; and <br> 21 U.S.C. § 853 – Forfeiture Allegation |

## INDICTMENT

The Grand Jury charges:

COUNT ONE:        (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Distribution of Cocaine Base)

On or about August 27, 2019, in the Northern District of California, defendant,

CARLOS FLORES,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section

INDICTMENT

1

1  841(a)(1) and (b)(1)(C).

2  COUNT TWO:   (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine Base)

On or about August 27, 2019, in the Northern District of California, defendant,

MEHARI TESFAI,

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT THREE:   (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Heroin)

On or about August 27, 2019, in the Northern District of California, defendant,

MEHARI TESFAI,

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT FOUR:   (21 U.S.C. § 841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute Cocaine)

On or about August 27, 2019, in the Northern District of California, the defendant,

MEHARI TESFAI,

did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

FORFEITURE ALLEGATION:   (21 U.S.C. § 853(a))

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a).

Upon conviction of any of the offenses alleged in Counts One through Four, above, the defendants,

//

INDICTMENT

CARLOS FLORES and<br>
MEHARI TESFAI,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title, and interest in any property constituting and derived from any proceeds defendants obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations, including but not limited to a forfeiture money judgment.

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 21, United States Code, Section 853, and Federal Rule of Criminal Procedure 32.2.

DATED: 19 Sept 2019

A TRUE BILL.

_____
FOREPERSON

DAVID L. ANDERSON

(Approved as to form: _____ )
MICHAEL A. RODRIGUEZ
Assistant United States Attorney

INDICTMENT

3



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 19 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CR 19 0455 CRB**

| | |
|---|---|
| CASE NAME: USA v. Carlos Flores & Mehari Tesfai | CASE NUMBER: CR |
| Is This Case Under Seal? | Yes ✓   No |
| Total Number of Defendants: | 1    2-7 ✓    8 or more |
| Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326? | Yes    No ✓ |
| Venue (Per Crim. L.R. 18-1): | SF ✓    OAK    SJ |
| Is this a potential high-cost case? | Yes    No ✓ |
| Is any defendant charged with a death-penalty-eligible crime? | Yes    No ✓ |
| Is this a RICO Act gang case? | Yes    No ✓ |

Assigned AUSA (Lead Attorney): Michael A. Rodriguez

Date Submitted: 9/19/2019

Comments:

CR19-455 CRB

Form CAND-CRIM-COVER (Rev. 11/16)      RESET FORM     SAVE PDF