HARRIS B. TABACK, Esq.
California Bar No. 111017
LAW OFFICES OF HARRIS B. TABACK
345 Franklin Street, Suite. 102
San Francisco, California 94102
Telephone: (415) 241-1400
Facsimile: (415) 565-0110
Email: htaback@earthlink.net

Attorney for Defendant WILLIAM CRUZ ZUNIGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No. CR 19 - 0455 CRB |
| ) | |
| Plaintiff, ) | STIPULATION EXCLUDING TIME |
| ) | UNDER THE SPEEDY TRIAL ACT |
| v. ) | FROM MARCH 24, 2021 TO APRIL |
| ) | 21, 2021 AND REQUEST TO |
| WILLIAM CRUZ ZUNIGA ) | RESCHEDULE CHANGE OF PLEA |
| (AKA CARLOS FLORES) ) | HEARING TO APRIL 21, 2021 AND |
| ) | ~~PROPOSED~~ ORDER |
| ) | |
| Defendant. ) | |

    The parties were scheduled for a Change of Plea Hearing on March 24, 2021. Counsel for out of custody Defendant WILLIAM ZUNIGA requests additional time for effective representation of counsel and the Government has no objection. Both sides stipulate to continue the next appearance to April 21, 2021 at 1:30 pm.

    Further, the parties agree and stipulate that time should be excluded under the Speedy Trial Act from March 24, 2021 to April 21, 2021 for effective preparation of counsel. 18 U.S.C. 3161(h)(B)(IV).

    IT IS SO STIPULATED.

/////////////

/////////////

DATED:  March 24, 2021          /s/ Harris B. Taback
                                _____
                                HARRIS B. TABACK
                                ATTORNEY FOR DEFENDANT
                                WILLIAM CRUZ ZUNIGA

DATED:  March 24, 2021          STEPHANIE M. HINDS
                                ACTING UNITED STATES ATTORNEY


                                /s/  Anne Hsieh
                                _____
                                ANNE HSIEH
                                ASSISTANT UNITED STATES ATTORNEY

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Change of Plea Hearing in this case will be held on April 21, 2021 at 1:30 p.m.  The court finds that exclusion from the time limits applicable under 18 U.S.C. 3161  (The Speedy Trial Act) for the period from March 24, 2021 to April 21, 2021, is warranted and that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. 3161 (h)(7)(A).  The failure to grant the requested continuance would deny Defendant ZUNIGA effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. 3161(h)(7)(B)(IV).

IT IS HEREBY ORDERED THAT the time from March 24, 2021 to April 21, 2021 shall be excluded from computation under the Speedy Trial Act.

DATED: March___25_____, 2021


                                _____
                                THE HONORABLE CHARLES R. BREYER
                                SENIOR U. S.  DISTRICT JUDGE