STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ANNE C. HSIEH (CABN 288159)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-0910
    FAX: (408) 535-5081
    Anne.Hsieh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 3:19-CR-00455-CRB-1 |
| | ) | |
| Plaintiff, | ) | STIPULATION TO VACATE SENTENCING |
| | ) | HEARING AND SET STATUS HEARING RE: |
| v. | ) | SENTENCING |
| | ) | |
| WILLIAM CRUZ ZUNIGA, | ) | |
| | ) | |
| a/k/a CARLOS FLORES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Counsel for the United States and counsel for the defendant William Cruz Zuniga jointly request to vacate the August 18, 2021 sentencing date in the above-captioned matter, and to set the matter for a status hearing in November 2021.  The reason for this request is that the defendant failed to report to Pretrial Services on July 5, 2021 as directed by Pretrial Services, and missed a counseling session on July 1, 2021.  The defendant also failed to report for his interview with Probation on June 24, 2021. Both defense counsel and Probation have attempted to contact the defendant without success.  As a result, Magistrate Judge Joseph Spero issued a warrant under seal for Mr. Cruz Zuniga's arrest on July 8, 2021.

    The undersigned Assistant United States Attorney certifies that she has conferred with counsel

STIPULATION TO VACATE SENTENCING DATE AND SET STATUS HEARING
Case No. 3:19-cr-00455-CRB-1

for the defendant and the Probation Officer and that both parties are in agreement with the request to vacate the sentencing date.  The parties request that the court set a status date in this matter in October 2021.  The government reserves the right to move for sentencing in abstentia at a later time.  The undersigned Assistant United States Attorney also certifies that she has obtained approval from counsel for the defendant to file this stipulation, request, and proposed order.

IT IS SO STIPULATED.

DATED: August 3, 2021

_____/s/_____
ANNE C. HSIEH
Assistant United States Attorney

DATED: August 3, 2021

_____/s/_____
HARRIS TABACK
Counsel for Defendant

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that the defendant has absconded from supervision.

THEREFORE, IT IS HEREBY ORDERED that the sentencing set for August 18, 2021 at 11:30 a.m. shall be vacated.  A status hearing shall be set for October 27, 2021 at 11:30 a.m.

IT IS SO ORDERED.

DATED: _____

_____
CHARLES R. BREYER
United States District Judge

STIPULATION TO VACATE SENTENCING DATE AND SET STATUS HEARING
Case No. 3:19-cr-00455-CRB-1